NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA HAVRILLA,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3122

---

Petition for review of the Merit Systems Protection Board in No. PH-844E-14-0473-I-1.

---

**ON MOTION**

---

**O R D E R**

We construe Maria Havrilla's submission as a motion to file her informal brief out of time.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The brief is accepted for filing. The Office of Personnel Management shall compute its brief due date from the date of this order.

2                                        HAVRILLA v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26